IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORACE BUSH, #138454, <br> a.k.a., JESSIE WILLIAMS | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 2:06-CV-428-T |
| LEON FORNISS, et al., | ) <br> ) <br> ) | |
| Respondents. | ) | |

**O R D E R**

Horace Bush ["Bush"], a state inmate, filed a petition under 28 U.S.C. § 2254 challenging the revocation of his parole. However, Bush did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before May 30, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Staton Correctional Facility showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 16th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE