IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORACE BUSH, #138454, | ) |
| a.k.a., JESSIE WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-428-MHT |
| | ) |
| LEON FORNISS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 24th day of May, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE