| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angela Thornell*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Angela Thornell*  C. Date of Delivery: 5/25/06 |
| 1. Article Addressed to:<br>*Warden Leon Forniss*<br>*Staton Corr. Fac.*<br>*P.O. Box 56*<br>*Elmore, AL 36025*<br>*06cv428 PO + pet.* | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery?  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4520 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540