**COMPLETE THIS SECTION ON DELIVERY**

1, 2, and 3. Also complete
ted Delivery is desired.
2 and address on the reverse
return the card to you.
d to the back of the mailpiece,
if space permits.

ed to:

rneal Counsel
Bd of Pardons +
Box 302405
t., AL 36130-
                2405

A. Signature
X  [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
CORNELL LONG

C. Date of Delivery
5/26/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 26 2006

p/o ord o pet.

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☒ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

mber
rom service label)
i1, F
7005 1820 0002 3461 4513

102595-02-M-1540