**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Troy King, Atty Gen
    115 Union St.
    Mont., AL
    36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Taylor    ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    6/26/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06cv428
   Pro + Pet.

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 4537

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540