IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**HORACE BUSH, #138454,**
    Petitioner,

v.                      CASE NO. 2:06-CV--428-MHT

**LEON FORNISS, et al.,**
    Respondents.

**MOTION FOR ENLARGEMENT OF TIME**

    **COME NOW**, the Alabama Board of Pardons and Paroles, hereinafter referred to as the Board, represented by the undersigned counsel, and shows the Court as follows:

    1.    The Board requests an enlargement of time of thirty (30) days to adequately prepare its Answer.

2.  Said granting of additional time will not prejudice Plaintiff.

**WHEREFORE**, based on the foregoing, undersigned counsel requests an enlargement of time from its original due date of June 12, 2006 to **July 12, 2006.**

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
KIN 047


GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026


s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
STATE BAR#:  ASB-7192-A57P
ALA. BD. OF PARDONS & PAROLES
P.O. BOX 302405
MONTGOMERY, AL  36130
TELEPHONE: (334)242-8700
FAX: (334)353-4423
Dana.Pittman@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 6-10-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that, on 6-12-06, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**TONY BROACH**
**AIS# 136351**
**FOUNTAIN CF**
**3800 FOUNTAIN**
**ATMORE, AL   36503**

Done this 10th day of June, 2006.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov

3