```
         IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

**HORACE BUSH, #138454,**
        Petitioner,

v.                        CASE NO. 2:06-CV--428-MHT

**LEON FORNISS, et al.,**
        Respondents.

<u>SPECIAL REPORT</u>

    **COME NOW**, the Alabama Board of Pardons and Paroles, hereinafter referred to as the Board, represented by the undersigned counsel, and shows the Court as follows:

    1.   Bush has failed to exhaust state court remedies in relation to his claims against the Board prior to his instituting this action, as required by *28 U.S.C.A. §2254.*

    2.   The proper avenue to challenge the Board's actions in parole decisions and parole revocation procedures is by petition for writ of certiorari with the Circuit Court of Montgomery County. See <u>Gholston v. Board of Pardons & Paroles, 627 So.2d 945</u>

1

*(Ala.Civ.App.1993)*.  See *Sellers v. State, 586 So.2d 994 (Ala. Crim. App. 1991)*.

    3.  None of the defaulted claims relating to the Alabama Board of Pardons & Paroles in Petitioner's Application for Habeas Corpus have been presented to the state court.  All of the claims presented by Petitioner in his Application for Habeas Corpus could have been brought in state court under a common-law writ of certiorari in Montgomery County Circuit Court.  See *Gholston, supra*.  This Court is barred from reviewing Petitioner's claims.

    **WHEREFORE**, based on the foregoing, Petitioner's Application for Habeas Corpus is due to be DENIED.

                              Respectfully submitted,
                                TROY KING
                                ATTORNEY GENERAL
                                KIN 047

                                GREGORY O. GRIFFIN, SR.
                                CHIEF COUNSEL
                                GRI026

                                s/DANA L. PITTMAN
                                ASSISTANT ATTORNEY GENERAL
                                STATE BAR#:  ASB-7192-A57P
                                ALA. BD. OF PARDONS & PAROLES
                                P.O. BOX 302405
                                MONTGOMERY, AL  36130
                                TELEPHONE: (334)242-8700
                                FAX: (334)353-4423
                                Dana.Pittman@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 7-12-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that, on 6-12-06, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**HORACE BUSH**
**AIS# 138454**
**STATON CF**
**P.O. BOX 56**
**ELMORE, AL  36025**

Done this 12th day of <u>JULY</u>, 2006.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov