IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORACE BUSH, #138454, ) <br> a.k.a. JESSIE WILLIAMS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LEON FORNISS, *et al.*, ) <br> ) <br> Respondents. ) | <br><br><br><br><br><br>CIVIL ACTION NO.  2:06cv428-MHT<br>(WO) |

## ORDER

On November 3, 2006 (doc. no. 14), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the petition for habeas corpus relief be and is hereby DENIED, and that this case be and is hereby DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all state court remedies available to him.

DONE, this the 28th day of November, 2006.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE